946

No. 916. HOME TOWN FOODS, INC., ET AL. *v.* WIRTZ, SECRETARY OF LABOR. C. A. 5th Cir. Certiorari denied. *John Bacheller, Jr.,* for petitioners. *Solicitor General Griswold, Charles Donahue, Bessie Margolin* and *Robert E. Nagle* for respondent.

No. 926. SCHMIDINGER ET AL. *v.* WELSH ET AL.; and No. 981. WELSH ET AL. *v.* SCHMIDINGER ET AL. C. A. 3d Cir. Certiorari denied. *William D. Lucas* and *Melvin H. Kurtz* for petitioners in No. 926 and for respondents in No. 981. *William J. Ungvarsky* for petitioners in No. 981 and for respondents in No. 926. Reported below: 383 F. 2d 455.

No. 929. GIBSON *v.* JOHNSON ET AL. Ct. Civ. App. Tex., 12th Sup. Jud. Dist. Certiorari denied. *Harry D. Moreland* for petitioner. *Harold A. Ross* for respondents.

No. 930. ROCHELLE, TRUSTEE IN BANKRUPTCY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *William Madden Hill* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin* and *Carolyn R. Just* for the United States.

No. 936. STEPTOE & JOHNSON ET AL. *v.* FORT MYERS SEAFOOD PACKERS, INC. C. A. D. C. Cir. Certiorari denied. *Frank F. Roberson* for petitioners. *Glenn A. Mitchell* and *Edwin M. Slote* for respondent.

No. 939. KEGLEY *v.* AETNA LIFE INSURANCE Co. C. A. 5th Cir. Certiorari denied. *John G. Patterson* for petitioner. *W. O. Shafer* for respondent.